## Palmer *vs.* Sabin.

THE like Facts in this Caufe, except that it
does not appear that the Plaintiff has fettled
with the Defendant for the Demand in the Court
below, and the Cofts on the Affirmance have not
been received from the Plaintiff, " he being unable
to pay them; and any other Expence or Trouble
about the Suit would be a dead Charge againft the

Defendant;" this Fact however not making any material Difference, the same Judgment therefore in this Cause. B.